IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAULA HARBISON, VALERIE SANTOSUOSSO, and CHARLEY WHISENHUNT, On Behalf of THEMSELVES and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHILIPS NORTH AMERICA LLC,<br><br>*Defendant*. | COLLECTIVE ACTION<br><br>CASE NO. 3:19-cv-00955<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE FRENSLEY<br><br>JURY DEMAND |

## PLAINTIFFS' UNOPPSED MOTION FOR ORDER PRELIMINARILY APPROVING RULE 23 CLASS ACTION SETTLEMENT

Named Plaintiff and proposed Class Representative, Valerie Santosuosso (the "Class Representative") moves this Court for an Order with the following parameters. Defendant Philips North America, LLC does not opposed this Motion.

First, the Parties move for certification, for settlement purposes only, of a settlement class pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3). The Rule 23 Class includes the following individuals:

> All current and former collections employees of Defendant, including but not limited to Collections Specialists, Junior Collections Specialists, Senior Collections Specialists, and Accounts Receivable Specialists, who worked for Defendant in Massachusetts at any time since January 3, 2017, who were paid on a salaried basis without overtime compensation for hours over forty (40) in a workweek, and did not work in a supervisory or management capacity, and who have not filed claims pursuant to 216(b) of the Fair Labor Standards Act.

Second, the Parties respectfully request that this Court appoint (for settlement purposes only) Named Plaintiff Valerie Santosuosso as a class representative of the Rule 23 Class.

1

Third, the Parties respectfully request that the Court appoint, for settlement purposes, the Plaintiffs' attorneys, David W. Garrison and Joshua A. Frank of Barrett Johnston Martin & Garrison, LLC as Class Counsel for the Rule 23 Class.

Fourth, the Parties move this Court for preliminary approval of the Settlement Agreement ("the Agreement") with regard to the Rule 23 Class (the "Settlement").

Fifth, the Parties move this Court for approval of Class Counsel to act as the settlement administrator and to send to the Rule 23 Class Members a proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing ("Class Notice," attached to this Motion as **Exhibit A**) and a proposed Opt-Out Statement (attached to this Motion as **Exhibit B**) (collectively the "Notice Materials").

Sixth, the Parties respectfully move this Court for an Order setting a Fairness Hearing for final approval of the Settlement, consistent with the time frame set forth in the Proposed Order.

Defendant does not oppose this requested relief, and therefore does not oppose this Motion. A Memorandum in Support of this Motion is filed simultaneously herewith.

A proposed Order granting this requested relief has been submitted with this Motion.

Dated: July 27, 2020

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Order Preliminarily Approving Rule 23 Class Action Settlement* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following Counsel for Defendant as listed below via the CM/ECF system on July 27, 2020:

**Jonathan O. Harris (TN Bar No. 021508)**
**Casey M. Parker (TN Bar No. 033081)**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908

*Attorneys for Defendant*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
   **MARTIN & GARRISON, LLC**