# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| PAULA HARBISON, VALERIE SANTOSUOSSO, and CHARLEY WHISENHUNT, On Behalf of THEMSELVES and All Others Similarly Situated, | ) ) ) ) ) | **COLLECTIVE ACTION** **CASE NO. 3:19-cv-00955** |
| | ) | |
| *Plaintiffs*, | ) ) | **JUDGE CAMPBELL** |
| v. | ) ) | **MAGISTRATE JUDGE FRENSLEY** |
| PHILIPS NORTH AMERICA LLC, | ) ) | **JURY DEMAND** |
| *Defendant*. | ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR APPROVAL OF PLAINTIFFS' FEE AWARD AND RECOVERY OF THEIR EXPENSES AND COSTS

On July 27, 2020, Plaintiffs moved this Court for an Order requesting that it certify, on a conditional basis, a settlement class with respect to certain overtime claims under Massachusetts state law asserted by the Plaintiff in her Complaint, and requesting that the Court approve on a preliminary basis the settlement of those claims. (Doc. No. 49). In accordance with the Parties' settlement agreement of this matter, Defendant did not oppose this Motion. *Id.* On July 28, 2020, this Court granted the Class Representative's Motion (Doc. No. 53), ordering that, *inter alia*:

- A class is certified for settlement purposes only, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), consisting of "[a]ll current and former collections employees of Defendant, including but not limited to Collections Specialists, Junior Collections Specialists, Senior Collections Specialists, and Accounts Receivable Specialists, who worked for Defendant in Massachusetts at any time since January 3, 2017, who were paid on a salaried basis without overtime compensation for hours over forty (40)in a workweek, who did not work in a supervisory or management capacity, and who have not filed claims pursuant to 216(b) of the Fair Labor Standards Act."

- Named Plaintiff Valerie Santosuosso, as named in the Settlement Agreement ("the Agreement") (Doc. No. 50-1)

between the Parties, is appointed as the Class Representative. (Doc. No. 53).

- David W. Garrison and Joshua A. Frank of Barrett Johnston Martin & Garrison, LLC are appointed as Class Counsel. (Doc. No. 53).

- The settlement of claims set forth in the Agreement (Doc. No. 50-1) and the settlement reflected in that agreement ("the Settlement") are approved. (Doc. Nos. 53 and 54).

- The issuance of a Notice of Class Action, Proposed Settlement, and Fairness Hearing ("Class Notice") (Doc. Nos. 49-1 and 50-1) and a proposed Opt-Out Statement (Doc. No. 49-2) (collectively "Notice Materials") were approved. (Doc. No. 53).

- This matter is set for a Fairness Hearing on November 9, 2020 at 10:00 a.m., at which the Court will consider final approval of the Agreement and Settlement. (Doc. No. 53).

During the class notice period there were no objections or exclusion requests by members of the Rule 23 class. Thus, Plaintiffs now request that the Court issue an Order finally certifying the requested settlement class and approving the Settlement. Additionally, Plaintiffs request that this Court approve their sought fee award and their reimbursement of their expenses and costs.

Per the Parties' settlement agreement, Defendant does not oppose this Motion. A Memorandum in Support of this Motion has been submitted herewith.

Dated October 28, 2020

Respectfully Submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a copy of this *Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and for Approval of Plaintiffs' Fee Award and Recovery of Their Expenses and Costs* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following Counsel for Defendant as listed below via the CM/ECF system on October 28, 2020:

> **Jonathan O. Harris (TN Bar No. 021508)**
> **Casey M. Parker (TN Bar No. 033081)**
> OGLETREE, DEAKINS, NASH, SMOAK &
> STEWART, P.C.
> SunTrust Plaza
> 401 Commerce Street, Suite 1200
> Nashville, TN 37219-2446
> Telephone: 615-254-1900
> Facsimile: 615-254-1908
>
> *Attorneys for Defendant*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON**
 **MARTIN & GARRISON, LLC**

3